**Kathleen CRISP, Appellant–Respondent,**

**v.**

**Jason HARTMAN, et al., Respondent–Appellants.**

**WD 77295 & WD 77326**

Missouri Court of Appeals,
Western District.

ORDER FILED: September 29, 2015

Floyd Finch, Jr., Blue Springs, MO, Counsel for Appellant–Respondent.

Lee Hardee, III, Olathe, KS, Counsel for Respondent–Appellants.

Before Division One: Cynthia L. Martin, P.J., Joseph M. Ellis, and James Edward Welsh, JJ.

## ORDER

Per Curiam:

Kathleen Crisp appeals the circuit court's judgment awarding her $7,290.75 plus pre-judgment interest on her claim for breach of contracts and denying her claims for *quantum meruit* and tortious interference with contracts. Jason Hartman, Platinum Properties Investor Network, Inc., Karen Karanickolas, and Brittney Roberts cross-appeal claiming that Karanickolas and Roberts are not liable under the contracts and that Crisp's damages should be limited to $750.00. We affirm. Rule 84.16(b).